# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JACOBS PRIVATE EQUITY, LLC,<br><br>    *Plaintiff*<br><br>v.<br><br>\<JPE.COM\><br><br>    *Defendant.* | Civil No. 1:16-cv-1331<br><br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on a Report and Recommendation from Magistrate Judge Davis. The Report and Recommendation (Dkt. No. 15), dated February 2, 2017, found that Plaintiff Jacobs Private Equity, LLC was entitled to a default judgment in its favor. No objections have been filed, and Defendant has not made any appearances in this case. Therefore, after reviewing the filings in this case, and finding good cause to do so, the Court hereby **APPROVES AND ADOPTS** the Report and Recommendation (Dkt. No. 15) in full.

Accordingly, Dynadot LLC is hereby **ORDERED** to transfer the domain name \<JPE.com\> from its possession to the Plaintiff's designated registrar, Name.com. It is further **ORDERED** that, upon receipt, Name.com shall register the domain name \<JPE.com\> in the name of Plaintiff and provide Plaintiff with full ownership and control of the domain name.

/s/ Liam O'Grady
Liam O'Grady
United States District Judge

March 2, 2017
Alexandria, Virginia

1